UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **THOMAS E. KILLION, et al.** | * | Case No. 3:12-CV-00470 |
| Plaintiffs, | * | |
| | * | Judge Jack Zouhary |
| -vs- | * | |
| **KEHE DISTRIBUTORS, LLC,** | * | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| Defendant. | * | |

\* \* \*

Pursuant to Local Rule 83.5(h), the undersigned files this Motion for permission for Cardelle B. Spangler, of Winston & Strawn LLP to appear in the above-captioned case *pro hac vice* as counsel for Defendant KeHe Distributors, LLC.

As set forth in the affidavit attached hereto (Exhibit A), Cardelle B. Spangler is in good standing of the bar of the State of Illinois and her contact information is as follows:

> Cardelle B. Spangler
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, Illinois 60601
> Email: cspangler@winston.com

DATED: March 23, 2012                          Respectfully Submitted,

                                               /s/ Mark D. Wagoner, Jr.
                                               Peter R. Silverman (0001579)
                                               Mark D. Wagoner, Jr. (0068577)
                                               **SHUMAKER, LOOP & KENDRICK, LLP**
                                               North Courthouse Square
                                               1000 Jackson Street
                                               Toledo, Ohio 43624
                                               Telephone: 419-241-9000
                                               Fax: 419-241-6894
                                               Email: psilverman@slk-law.com
                                               Email: mwagoner@slk-law.com
                                               Attorneys for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2012, I served the foregoing **Motion For Admission *Pro Hac Vice*** by electronic filing a copy of same with the Court's electronic filing system which sends a notice of this filing to all parties who have appeared. The parties may access this filing through the Court's system.

                                               /s/ Mark D. Wagoner, Jr.
                                               Mark D. Wagoner, Jr. (0068577)
                                               **SHUMAKER, LOOP & KENDRICK, LLP**
                                               Attorneys for Defendant