UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **THOMAS E. KILLION, et al.** | * | Case No. 3:12-CV-00470 |
| | * | |
| Plaintiffs, | * | |
| | * | Judge Jack Zouhary |
| -vs- | * | |
| | * | |
| **KEHE DISTRIBUTORS, LLC,** | * | **AFFIDAVIT OF** |
| | * | **CARDELLE B. SPANGLER** |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |

\* \* \*

I, CARDELLE B. SPANGLER, being of lawful age, declare under penalty of perjury as follows:

1. The matters set forth in this declaration are based upon my personal knowledge.

2. I am an attorney with Winston & Strawn, LLP in Chicago, Illinois, and I am a member of good standing of the following bars: Illinois Bar (Bar No. 6242570), United States Court of Appeals for the Seventh Circuit, United States court of Appeals for the Sixth Circuit, United States District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Michigan.

3. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any

EXHIBIT A

reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Cardelle B. Spangler

Executed this 23rd day of March 2012