UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **THOMAS E. KILLION, et al.** | * | Case No. 3:12-CV-00470 |
| Plaintiffs, | * | |
| | * | Judge Jack Zouhary |
| -vs- | * | |
| **KEHE DISTRIBUTORS, LLC,** | * | **AFFIDAVIT OF** |
| | * | **JONATHAN E. ROSEMEYER** |
| Defendant. | * | |

\* \* \*

I, JONATHAN E. ROSEMEYER, being of lawful age, declare under penalty of perjury as follows:

1. The matters set forth in this declaration are based upon my personal knowledge.

2. I am an attorney with Winston & Strawn, LLP in Chicago, Illinois, and I am a member of good standing of the following bars: Illinois Bar (Bar No. 6293662), United State Court of Appeals for the Seventh Circuit, and the United States District Court for the Northern District of Illinois.

3. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any

EXHIBIT A

reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Jonathan E. Rosemeyer

Executed this 23rd day of March 2012