IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS E. KILLION, *et al.* | ) | Cases Nos. 3:12-CV-0470 |
| | ) | 3:12-CV-1585 |
| Plaintiffs, | ) | |
| | ) | Trial Judge: Hon. Jack Zouhary |
| -vs- | ) | |
| | ) | |
| KEHE DISTRIBUTORS, LLC, | ) | **MOTION TO ADMIT RANDALL A. PENTIUK *PRO HAC VICE*** |
| Defendant. | ) | |
| and | ) | Robert A. Bunda (0019775) |
| BARNEY DOLAN, *et al.*, | ) | email: rabunda@bsd-law.com |
| | ) | Rebecca C. Sechrist (0036825) |
| Plaintiffs, | ) | email: sechrist@bsd-law.com |
| -vs- | ) | Barbara E. Machin (0016468) |
| | ) | email: bemachin@bsd-law.com |
| KEHE FOOD DISTRIBUTORS, INC., | ) | BUNDA, STUTZ & DeWITT PLL |
| | ) | 3295 Levis Commons Blvd. |
| Defendant. | ) | Perrysburg, OH 43551 |
| | ) | Telephone: (419) 241-2777 |
| | ) | Telecopy: (419) 241-4697 |
| | ) | Attorneys for Plaintiffs Thomas E. Killion, *et al.* |
| | ) | |

Pursuant to Local Rule 83.5(h), the undersigned files this motion for permission for Randall A. Pentiuk of Pentiuk, Couvreur and KobilJak, P.C. to be admitted *pro hac vice* in the above matter as counsel for Barney Dolan and Mark Walters.

As set forth in the accompanying Affidavit, Randall A. Pentiuk is in good standing in the bar of the State of Michigan and his contact information is as follows:

Randall A. Pentiuk, Esq.
Pentiuk, Couvreur & Kobiljak, P.C.
2915 Biddle Ave., Suite 200
Wyandotte, MI 48192
(734) 281-7100
email: rpentiuk@pck-law.com

        Respectfully submitted,

        */s/ Barbara E. Machin*
        Barbara E. Machin (0016468)
        Email: bemachin@bsd-law.com
        BUNDA STUTZ & DEWITT, PLL
        3295 Levis Commons Blvd.
        Perrysburg, OH 43551
        Telephone: (419) 241-2777
        Telecopy: (419) 241-4697

        Attorneys for Plaintiffs Thomas E. Killion,
        *et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Admit Randall A. Pentiuk *pro hac vice* was filed electronically with the Court on July 16th, 2012, and thereby deemed served on all parties.

        */s/ Barbara E. Machin*
        Attorney for Plaintiffs Thomas E. Killion,
        *et al.*

2