IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS E. KILLION, *et al.* | ) | Cases Nos. 3:12-CV-0470 |
| | | 3:12-CV-1585 |
| Plaintiffs, | ) | |
| | | Trial Judge: Hon. Jack Zouhary |
| -vs- | ) | |
| | | |
| KEHE DISTRIBUTORS, LLC, | ) | **MOTION TO ADMIT KERRY L.** |
| | | **MORGAN *PRO HAC VICE*** |
| Defendant. | ) | |
| and | | |
| | ) | Robert A. Bunda (0019775) |
| BARNEY DOLAN, *et al.*, | | email: rabunda@bsd-law.com |
| | ) | Rebecca C. Sechrist (0036825) |
| Plaintiffs, | | email: sechrist@bsd-law.com |
| -vs- | ) | Barbara E. Machin (0016468) |
| | | email: bemachin@bsd-law.com |
| KEHE FOOD DISTRIBUTORS, | ) | BUNDA, STUTZ & DeWITT PLL |
| INC., | | 3295 Levis Commons Blvd. |
| | ) | Perrysburg, OH 43551 |
| Defendant. | | Telephone: (419) 241-2777 |
| | ) | Telecopy: (419) 241-4697 |
| | ) | Attorneys for Plaintiffs Thomas E. Killion, *et al.* |
| | ) | |

Pursuant to Local Rule 83.5(h), the undersigned files this motion for permission for Kerry L. Morgan of Pentiuk, Couvreur and KobilJak, P.C. to be admitted *pro hac vice* in the above matter as counsel for Barney Dolan and Mark Walters.

As set forth in the accompanying Affidavit, Kerry L. Morgan is in good standing in the bar of the State of Michigan and his contact information is as follows:

Kerry L. Morgan, Esq.
Pentiuk, Couvreur & Kobiljak, P.C.
2915 Biddle Ave., Suite 200
Wyandotte, MI 48192
(734) 281-7100
email: kmorganesq@aol.com

                          Respectfully submitted,

                          */s/ Barbara E. Machin*
                          Barbara E. Machin   (0016468)
                          Email: bemachin@bsd-law.com
                          BUNDA STUTZ & DEWITT, PLL
                          3295 Levis Commons Blvd.
                          Perrysburg, OH 43551
                          Telephone: (419) 241-2777
                          Telecopy: (419) 241-4697

                          Attorneys for Plaintiffs Thomas E. Killion,
                          *et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Admit Kerry L. Morgan *pro hac vice* was filed electronically with the Court on July _18_, 2012, and thereby deemed served on all parties.

                          */s/ Barbara E. Machin*
                          Attorney for Plaintiffs Thomas E. Killion,
                          *et al.*